**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                  Case No. 6:03-cr-75-Orl-28DAB

JOSE ISABEL GALVAN
GABRIEL GARCIA-GALICIA
JOSE LUIS MARTINEZ
_____

## ORDER

This cause comes before the Court on periodic review. The Grand Jury returned an indictment on April 2, 2003 and warrants were issued as to the above named defendants on the same date, however they have never been executed. The Government is directed to file a status report as to these defendants within eleven (11) days from the date of this order.

**DONE** and **ORDERED** in Orlando, Florida on this 5 day of March, 2009.

JOHN ANTOON II
United States District Judge

Copies to:

Counsel of Record