UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:03-cr-75-Orl-28DAB

JOSE ISABEL GALVAN
GABRIEL GARCIA-GALICIA
JOSE LUIS MARTINEZ

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by A. Brian Albritton, United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to substitute the undersigned Assistant United States Attorney as government counsel for former Assistant United States Attorney Carolyn J. Adams.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By: *s/ Roger B. Handberg*
Roger B. Handberg
Assistant United States Attorney
Florida Bar No. 0241570
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:  Roger.Handberg@usdoj.gov

U.S. v. GALVAN                                              Case No. 6:03-cr-75-Orl-28DAB

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2009, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participant(s):

*s/ Roger B. Handberg*
Roger B. Handberg
Assistant United States Attorney
Florida Bar No. 0241570
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:  Roger.Handberg@usdoj.gov