UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:03-cr-75-Orl-28DAB

JOSE ISABEL GALVAN
GABRIEL GARCIA-GALICIA
JOSE LUIS MARTINEZ

## GOVERNMENT'S MOTION TO EXTEND

The United States of America, by A. Brian Albritton, United States Attorney for the Middle District of Florida, files this Motion to Extend and in support states as follows:

1. On March 5, 2009, the Court issued an Order for the United States to file a status report as to the two defendants identified above within eleven (11) days. Doc. 351.

2. The undersigned is not the original attorney on the case. The undersigned apologizes that the United States missed the due date for the filing of the status report. The United States respectfully requests an extension, to April 13, 2009, to be able to file the required status report in this case. The United States respectfully requests that the Court excuse the untimely nature of this motion.

WHEREFORE, the United States moves this Court for an extension of the deadline for filing a status report in this case to April 13, 2009.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:   *s/ Roger B. Handberg*
Roger B. Handberg
Assistant United States Attorney
Florida Bar No. 0241570
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:   (407) 648-7500
Facsimile:     (407) 648-7643
E-mail:  Roger.Handberg@usdoj.gov

| | |
|---|---|
| U.S. v. GALVAN | **Case No. 6:03-cr-75-Orl-28DAB** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 30, 2009, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participant(s):

    *s/ Roger B. Handberg*
    Roger B. Handberg
    Assistant United States Attorney
    Florida Bar No. 0241570
    501 West Church Street, Suite 300
    Orlando, Florida  32805
    Telephone:   (407) 648-7500
    Facsimile:    (407) 648-7643
    E-mail:  Roger.Handberg@usdoj.gov