UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 6:03-cr-75-Orl-28DAB

JOSE ISABEL GALVAN
GABRIEL GARCIA-GALICIA
JOSE LUIS MARTINEZ

## GOVERNMENT'S RESPONSE TO COURT'S ORDER

The United States of America, by A. Brian Albritton, United States Attorney for the Middle District of Florida, files its Response to Court's Order and states as follows:

1. On April 5, 2006, the United States filed a Status Report that provided in pertinent part:

    a) The United States government still has the evidence and the witnesses necessary to prosecute the defendants in this case.

    b) The Drug Enforcement Administration and the United States Marshals Service are still actively seeking the apprehension of these defendants.

    c) Pending apprehension of the defendants, the United States requests that this matter remain open.

Doc. 339.  This status report regarded the three defendants identified in the case caption above.

2. On March 5, 2009, the Court issued an Order for the United States to file a status report as to the three defendants identified above within eleven (11) days.  Doc. 351.  The United States did not file a timely response.  On March 30, 2009, the United States filed a motion requesting to extend the due date until April 13, 2009, which was granted.  Doc. 353, 354.

3.      The undersigned was not the original prosecutor on the case. The undersigned has conferred with the agency handling the investigation and has confirmed that the evidence still exists for the prosecution of the three defendants identified above. Accordingly, the United States still intends on pursuing these prosecutions upon apprehension of the defendants.

Where, the United States respectfully requests that the matter remain pending.

                                      Respectfully submitted,

                                      A. BRIAN ALBRITTON
                                      United States Attorney

By:   *s/ Roger B. Handberg*
       Roger B. Handberg
       Assistant United States Attorney
       Florida Bar No. 0241570
       501 West Church Street, Suite 300
       Orlando, Florida  32805
       Telephone:   (407) 648-7500
       Facsimile:    (407) 648-7643
       E-mail:  Roger.Handberg@usdoj.gov

U.S. v. GALVAN     Case No. 6:03-cr-75-Orl-28DAB

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

*s/ Roger B. Handberg*
Roger B. Handberg
Assistant United States Attorney
Florida Bar No. 0241570
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:  Roger.Handberg@usdoj.gov