UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.   **CASE NO: 6:03-cr-75-Orl-41CEM**

**JOSE ISABEL GALVAN**,
**GABRIEL GARCIA-GALICIA** and
**JOSE LUIS MARTINEZ**

      **Defendants.**

## ORDER

This cause comes before the Court on periodic review. The Grand Jury returned an indictment on April 2, 2003 and warrants were issued as to the above named Defendants on the same date, however they have never been executed. The Government is directed to file a status report as to these Defendants within fourteen (14) days from the date of this order.

**DONE** and **ORDERED** in Orlando, Florida on July 16, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copy furnished to:

U.S. Attorney