UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                     CASE NO. 6:03-cr-75-Orl-41DAB

JOSE ISABEL GALVAN
GABRIEL GARCIA-GALICIA
JOSE LUIS MARTINEZ

_____

UNITED STATES OF AMERICA

v.                                                     CASE NO. 6:03-cr-76-Orl-41KRS

CARLOS CARO
JOSE ISABEL GALVAN
GABRIEL GARCIA-GALICIA

_____

### GOVERNMENT'S STATUS REPORT

The United States of America files its Status Report and states as follows:

1.      On July 16, 2014, the Court entered Orders in each of these cases directing

the United States to file status reports on or before July 30, 2014.   Doc. 358, in Case No.

6:03-cr-75-Orl-41DAB; Doc. 189 in 6:03-cr-76-Orl-41KRS.   Because of the overlap in

these cases, the United States submits this Status Report for both cases.

2.      These cases arose out of the same investigation.   In August 2002, a

confidential source provided information about the drug activities of two individuals

located in Volusia County, in the Middle District of Florida.   Those individuals were

1

William Scott Barber and John Paul Bratcher.   Doc. 1-7-9 in Case No.

6:03-cr-75-Orl-41DAB; Doc. 1-7-9 in 6:03-cr-76-Orl-41KRS.

3.      In the ensuing investigation, agents determined that Barber and Bratcher

were being supplied marijuana and cocaine by JOSE ISABEL GALVAN.   Doc. 1-8-9 in

Case No. 6:03-cr-75-Orl-41DAB; Doc. 1-8-9 in 6:03-cr-76-Orl-41KRS.   Further

investigation determined that GALVAN's source of supply of marijuana was Orbelin

Martinez-Torres and that Martinez-Torres' source of supply was Mayolo Lopez-Aguilar.

Doc. 1-8-9 in Case No. 6:03-cr-75-Orl-41DAB.

4.      The investigation also determined that a number of individuals were being

supplied by GALVAN in the Middle District of Florida, including CARLOS CARO (cocaine

and marijuana) and GABRIEL GARCIA-GALICIA (cocaine).   Doc. 1-33-34, 46-47 in

Case No. 6:03-cr-76-Orl-41KRS (related to CARO); Doc. 1-41-43, 49-51, 52-53 in Case

No. 6:03-cr-76-Orl-41KRS (for GARCIA-GALICIA).

5.      The investigation also determined that a number of individuals were being

supplied by Martinez-Torres and/or Lopez-Aguilar in the Middle District of Florida,

including GALVAN (marijuana) and GARCIA-GALICIA (marijuana).   Doc. 1-8-9, 10,

19-20, 40-41, 57-58, 62-63 in Case No. 6:03-cr-75-Orl-41DAB (for GALVAN); Doc.

1-45-46 in Case No. 6:03-cr-75-Orl-41DAB (for GARCIA-GALICIA).

6.      The investigation also determined that JOSE LUIS MARTINEZ was an

individual involved in delivering cocaine from Texas to the Middle District of Florida.

Doc. 1-21-23, 41-42, 46-47, 48-49, 51-53, 55-57, 59-60, 64-65 in Case No.

6:03-cr-75-Orl-41DAB.

7.     The investigation culminated in the filing of two sets of charges.   On March 20, 2003, a criminal complaint was issued in Case No. 6:03-mj-2018 charging twelve (12) defendants, including GALVAN, GARCIA-GALICIA, and MARTINEZ, with conspiracy to possess with intent to distribute 500 grams or more of cocaine hydrochloride and 100 kilograms or more of marijuana.   Doc. 1 in Case No. 6:03-cr-75-Orl-41DAB.   This complaint also included Martinez-Torres and Lopez-Aguilar, as well as other defendants who were involved in a conspiracy to be supplied cocaine and/or marijuana by Martinez-Torres and/or Lopez-Aguilar.   On April 2, 2003, an Indictment was returned that charged thirteen (13) defendants, including GALVAN, GARCIA-GALICIA, and MARTINEZ, with conspiracy to possess with intent to distribute 500 grams or more of cocaine hydrochloride and 100 kilograms or more of marijuana.[1]   Doc. 54 in Case No. 6:03-cr-75-Orl-41DAB.

8.     The second set of charges was also brought on March 20, 2003 in a criminal complaint in Case No. 6:03-mj-2020.   Doc. 1 in Case No. 6:03-cr-76-Orl-41KRS. In that complaint, eight (8) defendants, including CARO, GALVAN, and GARCIA-GALICIA, were charged with conspiracy to possess with intent to distribute 500 grams or more of cocaine hydrochloride and 100 kilograms or more of marijuana.   Doc. 1.   This complaint included GALVAN, as well as other defendants who were involved in a conspiracy to be supplied cocaine and/or marijuana by him.   On April 2, 2003, an indictment was returned against those eight (8) defendants, including CARO, GALVAN, and GARCIA-GALICIA for the same violation.   Doc. 36 in Case No. 6:03-cr-76-Orl-41KRS.

---

1     Michael Angel Espejo was not in the complaint, but was included in the Indictment.

9.      GALVAN, GARCIA-GALICIA, MARTINEZ, and CARO have not yet been arrested on these federal charges.   I have been advised that GARCIA-GALICIA was arrested on state charges in February 2003 under the name of Gabriel Galacia (State of Florida v. Gabriel Galacia, Case Nos. 2003-cf-001919 and 2003-cf-001904, in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida).   From a review of the dockets in those cases, it appears that Galacia pled guilty to trafficking in more than 28 grams of cocaine in December 2003 in Case No. 2003-cf-001904 and that he was sentenced to 3 years in state prison.   A search of the Florida Department of Corrections, however, does not reflect any prison sentence served with that Department by Gabriel Galacia.

10.     After receiving the Court's Orders dated July 16, 2014, the undersigned contacted the agent who is assigned this matter.   The undersigned has been advised that GALVAN, CARO, and GARCIA-GALICIA have, or had, family ties to the Middle District of Florida.   In addition, the undersigned has been advised that:

a)      The United States still has the evidence and the witnesses necessary to prosecute the defendants in this case.

b)      The Drug Enforcement Administration and the United States Marshal's Service are still actively seeking the apprehension of these defendants.

c)      Pending apprehension of the defendants, the United States requests that this matter remain open.

11.     Based upon the foregoing, the United States still intends on pursuing these prosecutions upon apprehension of the defendants.   In the meantime, the undersigned will be requesting that the DEA determine whether GARCIA-GALICIA was deported after

pleading guilty in state court in 2003 and whether those charges arose out of the same conduct that has been charged in these federal cases.

Where, the United States respectfully requests that the matters remain pending.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:     *s/ Roger B. Handberg*
        Roger B. Handberg
        Assistant United States Attorney
        Florida Bar No. 0241570
        501 West Church Street, Suite 300
        Orlando, Florida   32805
        Telephone:   (407) 648-7500
        Facsimile:     (407) 648-7643
        E-mail:   Roger.Handberg@usdoj.gov

**U.S. v. GALVAN et al.**                    **Case Nos. 6:03-cr-75-Orl-41DAB &**
                                             **6:03-cr-76-Orl-41KRS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 29, 2014, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing

to the following:


                                   *s/ Roger B. Handberg*
                                   Roger B. Handberg
                                   Assistant United States Attorney
                                   Florida Bar No. 0241570
                                   501 West Church Street, Suite 300
                                   Orlando, Florida   32805
                                   Telephone:   (407) 648-7500
                                   Facsimile:     (407) 648-7643
                                   E-mail:   Roger.Handberg@usdoj.gov

6