UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:03-cr-75-Orl-41DCI

**JOSE ISABEL GALVAN**,
**GABRIEL GARCIA-GALICIA** and
**JOSE LUIS MARTINEZ**
_____/

**ORDER**

THIS CAUSE is before the Court upon periodic review. The Grand Jury returned an Indictment (Doc. 54) on April 2, 2003, and Warrants for Arrest (Doc. Nos. 60–62) were issued as to each of the above-named Defendants on April 3, 2003. It appears that the warrants have never been executed. In consideration thereof, the United States is **ORDERED** to file a status report as to these Defendants on or before August 25, 2017.

**DONE** and **ORDERED** in Orlando, Florida on August 9, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record