UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


UNITED STATES OF AMERICA

v.                                                    CASE NO. 6:03-cr-75-Orl-41DAB

JOSE ISABEL GALVAN
GABRIEL GARCIA-GALICIA
JOSE LUIS MARTINEZ

_____


UNITED STATES OF AMERICA

v.                                                    CASE NO. 6:03-cr-76-Orl-41KRS

CARLOS CARO
JOSE ISABEL GALVAN
GABRIEL GARCIA-GALICIA

_____


## GOVERNMENT'S STATUS REPORT

The United States of America files its Status Report and states as follows:

1.     In both of these cases, the Court has entered an Order directing the

United States to file status reports on or before August 25, 2017.   Doc. 361, in Case

No. 6:03-cr-75-Orl-41DAB; Doc. 194 in 6:03-cr-76-Orl-41KRS.   Because of the

overlap in these cases, the United States submits this Status Report for both cases.

2.     These cases arose out of the same investigation.   In August 2002, a

confidential source provided information about the drug activities of two individuals

1

located in Volusia County, in the Middle District of Florida.   Those individuals were William Scott Barber and John Paul Bratcher.   Doc. 1-7-9 in Case No. 6:03-cr-75-Orl-41DAB; Doc. 1-7-9 in 6:03-cr-76-Orl-41KRS.

3.   In the ensuing investigation, agents determined that Barber and Bratcher were being supplied marijuana and cocaine by JOSE ISABEL GALVAN.   Doc. 1-8-9 in Case No. 6:03-cr-75-Orl-41DAB; Doc. 1-8-9 in 6:03-cr-76-Orl-41KRS. Further investigation determined that GALVAN's source of supply of marijuana was Orbelin Martinez-Torres and that Martinez-Torres' source of supply was Mayolo Lopez-Aguilar.   Doc. 1-8-9 in Case No. 6:03-cr-75-Orl-41DAB.

4.   The investigation also determined that a number of individuals were being supplied by GALVAN in the Middle District of Florida, including CARLOS CARO (cocaine and marijuana) and GABRIEL GARCIA-GALICIA (cocaine). Doc. 1-33-34, 46-47 in Case No. 6:03-cr-76-Orl-41KRS (related to CARO); Doc. 1-41-43, 49-51, 52-53 in Case No. 6:03-cr-76-Orl-41KRS (for GARCIA-GALICIA).

5.   The investigation also determined that a number of individuals were being supplied by Martinez-Torres and/or Lopez-Aguilar in the Middle District of Florida, including GALVAN (marijuana) and GARCIA-GALICIA (marijuana). Doc. 1-8-9, 10, 19-20, 40-41, 57-58, 62-63 in Case No. 6:03-cr-75-Orl-41DAB (for GALVAN); Doc. 1-45-46 in Case No. 6:03-cr-75-Orl-41DAB (for GARCIA-GALICIA).

6.    The investigation also determined that JOSE LUIS MARTINEZ was an individual involved in delivering cocaine from Texas to the Middle District of Florida. Doc. 1-21-23, 41-42, 46-47, 48-49, 51-53, 55-57, 59-60, 64-65 in Case No. 6:03-cr-75-Orl-41DAB.

7.    The investigation culminated in the filing of two sets of charges.   On March 20, 2003, a criminal complaint was issued in Case No. 6:03-mj-2018 charging twelve (12) defendants, including GALVAN, GARCIA-GALICIA, and MARTINEZ, with conspiracy to possess with intent to distribute 500 grams or more of cocaine hydrochloride and 100 kilograms or more of marijuana.   Doc. 1 in Case No. 6:03-cr-75-Orl-41DAB.   This complaint also included Martinez-Torres and Lopez-Aguilar, as well as other defendants who were involved in a conspiracy to be supplied cocaine and/or marijuana by Martinez-Torres and/or Lopez-Aguilar.   On April 2, 2003, an Indictment was returned that charged thirteen (13) defendants, including GALVAN, GARCIA-GALICIA, and MARTINEZ, with conspiracy to possess with intent to distribute 500 grams or more of cocaine hydrochloride and 100 kilograms or more of marijuana.[1]   Doc. 54 in Case No. 6:03-cr-75-Orl-41DAB.

8.    The second set of charges was also brought on March 20, 2003 in a criminal complaint in Case No. 6:03-mj-2020.   Doc. 1 in Case No. 6:03-cr-76-Orl-41KRS.   In that complaint, eight (8) defendants, including CARO, GALVAN, and GARCIA-GALICIA, were charged with conspiracy to possess with

---

[1]        Michael Angel Espejo was not in the complaint, but was included in the Indictment.

intent to distribute 500 grams or more of cocaine hydrochloride and 100 kilograms or more of marijuana.   Doc. 1.   This complaint included GALVAN, as well as other defendants who were involved in a conspiracy to be supplied cocaine and/or marijuana by him.   On April 2, 2003, an indictment was returned against those eight (8) defendants, including CARO, GALVAN, and GARCIA-GALICIA for the same violation.   Doc. 36 in Case No. 6:03-cr-76-Orl-41KRS.

9.     GALVAN, GARCIA-GALICIA, MARTINEZ, and CARO have not been arrested on these federal charges.   On August 10, 2017, the United States moved to dismiss the cases against GARCIA-GALICIA and CARO.   Doc. 362, in Case No. 6:03-cr-75-Orl-41DAB; Doc. 193 in 6:03-cr-76-Orl-41KRS.   Those motions were granted, and the cases involving those defendants have been closed.   Doc. 363, in Case No. 6:03-cr-75-Orl-41DAB; Doc. 195 in 6:03-cr-76-Orl-41KRS.

10.     As for GALVAN and CARO, they are two of the defendants who are alleged either to have been a supplier in the conspiracy (GALVAN) or an interstate transporter of cocaine (MARTINEZ).   The undersigned has been advised that GALVAN is aware of the charges and that, at one point, he was in contact with law enforcement.   GALVAN did not turn himself in and has been a fugitive.   The undersigned does not know whether MARTINEZ is aware of the pending charges.

11.   The undersigned has been advised that GALVAN has, or had, family ties to the Middle District of Florida.   In addition, the undersigned has been advised that:

4

a)     The United States still has the evidence and the witnesses necessary to prosecute the defendants in this case.

b)     The United States Marshal's Service has been requested to continue to seek the apprehension of these defendants.

c)     Pending apprehension of the defendants, the United States requests that this matter remain open.

11.     Based upon the foregoing, the United States still intends on pursuing these prosecutions upon apprehension of the defendants.   The United States will review these cases on a regular basis to evaluate whether they should remain pending.

Wherefore, the United States respectfully requests that the matters remain pending.

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney


By:     *s/ Roger B. Handberg*
        Roger B. Handberg
        Assistant United States Attorney
        Florida Bar No. 0241570
        400 W. Washington Street, Suite 3100
        Orlando, Florida   32805
        Telephone:   (407) 648-7500
        Facsimile:   (407) 648-7643
        E-mail:   Roger.Handberg@usdoj.gov

**U.S. v. GALVAN et al.**          **Case Nos. 6:03-cr-75-Orl-41DAB &**
                                   **6:03-cr-76-Orl-41KRS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

_s/ Roger B. Handberg_
Roger B. Handberg
Assistant United States Attorney
Florida Bar No. 0241570
400 W. Washington Street, Suite 3100
Orlando, Florida   32805
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:   Roger.Handberg@usdoj.gov